IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00803-REB-MEH

GREGORY A. BOHAN, a Colorado individual,

    Plaintiffs,

v.

DE LAGE LANDEN PUBLIC FINANCE, LLC, a Delaware corporation,

    Defendant.

## ORDER DENYING MOTION TO DISMISS COUNTERCLAIMS AS MOOT

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss Counterclaims Pursuant to Fed.R.Civ.P. 12(b)(6)** [#11], filed May 29, 2009. After the motion was filed, defendant moved to amend its answer and counterclaims to address the issues raised by the motion to dismiss. (*See* **Motion To Amend Counterclaim** ¶¶ 3-4 at 1-2 [#21], filed June 18, 2009.) The magistrate judge subsequently granted the motion to amend. (*See* **Minute Order** [#26], filed July 15, 2009.) The filing of the amended answer and counterclaim effectively moots plaintiff's motion to dismiss the now superseded counterclaims.

**THEREFORE, IT IS ORDERED** that plaintiff's **Motion To Dismiss Counterclaims Pursuant to Fed.R.Civ.P. 12(b)(6)** [#11], filed May 29, 2009, is **DENIED AS MOOT**.

Dated July 16, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge