IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00803-REB-MEH

GREGORY A. BOHAN, a Colorado individual,

     Plaintiff,

v.

DE LAGE LANDEN PUBLIC FINANCE, LLC, a Delaware corporation,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2009.**

The Motion for Stipulated Protective Order [filed July 23, 2009; docket #31] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.