**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00803-REB-MEH

GREGORY A. BOHAN, a Colorado individual,

    Plaintiff,

v.

DE LAGE LANDEN PUBLIC FINANCE, LLC, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before is the **Stipulation For Dismissal With Prejudice** [#39] filed October 27, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#39] filed October 27, 2009, is **APPROVED**;

    2.  That the Trial Preparation Conference set for April 16, 2010, is **VACATED**;

    3.  That the jury trial set to commence May 3, 2010, is **VACATED**;

    4.  That any pending motion is **DENIED** as moot; and

2

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated October 28, 2009, at Denver, Colorado.

     BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge